THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERBER GIRON,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>E&E FOODS AND F/V BEAGLE, LLC, IN PERSONAM; M/V CAPE GRIEG, OFFICIAL NO. 654947, HER ENGINES, MACHINERY, APPURTENANCES AND CARGO, IN REM,<br><br>　　　　　　　Defendants. | Case No. 2:21-cv-00273-TL<br><br>**STIPULATED MOTION AND ORDER FOR DISMISSAL OF INJURY CLAIM(S) WITH PREJUDICE and DISMISSAL OF FLSA CLAIMS WITHOUT PREJUDICE** |

COME NOW the parties in this matter submit their stipulated motion for dismissal with prejudice relating to the plaintiff's alleged injury claim(s) in this matter. The parties have settled the plaintiff's injury claim(s) and now request that the injury claim portion of this case be dismissed with prejudice and without costs to the parties.

Plaintiff's FLSA claims are now being litigated in *Gutierrez, et al. v. E&E Foods*, Case No.: 2:21-cv-00682-RSM, and are dismissed herein without prejudice.

\\\

\\\

STIPULATED MOTION AND ORDER FOR DISMISSAL- 1
Case No. 2:21-cv-00273-TL

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Respectfully submitted on 14th day of December, 2021.

LAW OFFICES OF JOHN W. MERRIAM

BY    /s/John W. Merriam
John W. Merriam, WSBA #12749
Attorneys for Plaintiff
4005 20th Avenue West, Suite 110
Seattle, WA  98199
Phone: 206-729-5252
Fax: 509-729-1012
Email: john@merriam-maritimelaw.com

NORTHWEST JUSTICE PROJECT

BY    /s/ Patrick Pleas
Patrick Pleas, WSBA#25737
Attorney for Plaintiff
300 Okanogan Avenue, Suite 3A
Wenatchee, WA  98801
Phone: 509-381-2323
Fax: 509-665-6557
Email: patrickp@nwjustice.org

HOLMES WEDDLE & BARCOTT, P.C.

BY    /s/ Michael A Barcott
Michael A. Barcott, WSBA #13317
Attorney for Defendants
3101 Western Ave, Suite 500
Seattle, WA 98121
Phone: 206-292-8008
Fax: 206-340-0289
Email: mbarcott@hwb-law.com

STIPULATED MOTION AND ORDER FOR DISMISSAL- 2
Case No. 2:21-cv-00273-TL

**ORDER**

The Court having reviewed the parties' stipulated motion for dismissal with prejudice relating to the plaintiff's alleged injury claim(s), being advised that the injury claim(s) have settled in this matter, and being advised of the status of the FLSA claims, it is,

ORDERED that the injury claim portion of the matter is dismissed with prejudice and without costs to the parties; and

ORDERED that the FLSA claims are dismissed without prejudice.

Done this 17th day of December, 2021.

_____
Tana Lin
United States District Judge

STIPULATED MOTION AND ORDER FOR DISMISSAL- 3
Case No. 2:21-cv-00273-TL

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289